AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

Eastern District of New York

| | |
|---|---|
| Kervon McFarlane, *Plaintiff(s)* | )<br>)<br>)<br>)<br>) |
| v. | ) Civil Action No. 19cv958 |
| Munro General Construction Inc., and Kenrick Munro, *Defendant(s)* | )<br>)<br>)<br>)<br>) |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*   Munro General Construction Inc., and Kenrick Munro
7 Manor Drive, Neptune City, NJ 07753

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   Abdul Hassan Law Group, PLLC
215-28 Hillside Avenue
Queens Village, NY 11427
Tel: 718-740-1000

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.



DOUGLAS C. PALMER
*CLERK OF COURT*

Date:  2/18/2019    /s/Priscilla Bowens
*Signature of Clerk or Deputy Clerk*

## AFFIDAVIT OF SERVICE

UNITED STATES DISTRICT COURT FOR THE EASTERN DISTRICT OF NEW YORK
DOCUMENTS SERVED WITH INDEX # 19CV958 AND FILED ON FEBRUARY 18, 2019
ATTORNEY(S): Abdul Karim Hassan, Esq. Attorney and Counselor at Law, Abdul K. Hassan

|  | Plaintiff |
|---|---|
| Kervon McFarlane vs | |
| Munro General Construction Inc, et ano | Defendant |

STATE OF ~~NEW YORK~~ New Jersey: COUNTY OF Monmouth, SS.:

_Peter Bogdan_, being duly sworn deposes and says deponent is not a party to this action, is over the age of eighteen years and resides in the State of New York. That on _February 21, 2019_ at _6:05 pm_ at _7 Manor Drive, Neptune City, NJ 07753_ deponent served the within Summons in a Civil Action and Complaint

on: Kenrick Munro Defendant (herein called recipient) therein named.

**INDIVIDUAL A** ☑ By personally delivering to and leaving with said _Kenrick Munro_ a true copy thereof, and that deponent knew the person so served to be the person mentioned and describ- Summons in a Civil Action and Complaint

**CORPORATION B** ☐ By delivering to and leaving with _____ at _____ and that deponent knew the person so served to be the _____ of the corporation.

Service was made in the following manner after your deponent was unable, with due diligence, to serve the defendant in person:

**SUITABLE AGE PERSON C** ☐ By delivering a true copy thereof to and leaving with _____ a person of suitable age and discretion at _____ the said premises being the defendants/respondents ☐ dwelling place (usual place of abode) ☐ actual place of business within the State of New York.

**AFFIXING TO DOOR D** ☐ By affixing a true copy thereof to the door of said premises, the same being the defendant's ☐ dwelling house (usual place of abode) ☐ actual place of business within the State of New York. of

**MAILING TO RESIDENCE (use with C or D) E1** ☐ Within 20 days of such delivery or affixing, deponent enclosed a copy of same in a first class postpaid envelope properly addressed to defendant at defendant's residence at _____ and deposited said envelope in an official depository under the exclusive care and custody of the United States Post Office within New York State on _____

**MAILING TO BUSINESS (use with C or D) E2** ☐ Within 20 days of such delivery or affixing, deponent enclosed a copy of same in a first class postpaid envelope properly addressed to defendant at defendant's actual place of business at _____ in an official depository under the exclusive care and custody of the United States Post Office within New York State. The envelope bore the legend "Personal and Confidential" and did not indicate on the outside thereof, by return address or otherwise, that the communication was from an attorney or concerned an action against the defendant and mailed on _____

**PREVIOUS ATTEMPTS (use with D) F** ☐ Deponent had previously attempted to serve the above named defendant/respondent

Deponent spoke with _____ who stated to deponent that the said defendant(s) lived at the aforementioned address, but did not know defendant's place of employment.

**G** ☑ DEPONENT STATES THAT THE INDEX # AND FILING DATE WERE CLEARLY VISIBLE ON THE SUMMONS.

**VOID WITHOUT DESCRIPTION (Use with A, B, C & D)** A description of the Defendant, or other person served, or spoken to on behalf of the Defendant is as follows:
Approximate age _40 yr_ Approximate weight _225 lbs_ Approximate height _6'2_ Sex _M_
Color of skin _BLACK_ Color of hair _BLACK_ Other _BEARD_

**MILITARY SERVICE** ☑ Deponent asked the person spoken to whether the defendant/respondent was presently in the military service of the United States Government or on active duty in the military service in the State of New York and was informed he/she was not. Your deponent further says that deponent knew the person so served to be the person mentioned and described in said legal papers as defendant/respondent therein. Your deponent is over the age of 18 years and is not a party to this action.

**NON-SERVICE H** ☐ After due search, careful inquiry and diligent attempts, I have been unable to effect process upon the person/entity being served due to the following: ☐ Not known at address ☐ Address does not exist ☐ Evading ☐ Moved left no forwarding ☐ Other

**WIT. FEES** ☐ $ the authorizing traveling expenses and one day's witness fee was paid (tendered) to the recipient.

Sworn to before me on this 2/22/19

[Notary seal: DONNA ELIAS, NOTARY PUBLIC, MY COMMISSION EXPIRES 06/03/2021, NO. 50039495, NEW JERSEY]

Attny's File No.
Invoice-Work Order # S1818894

**CORPORATE SERVICE BUREAU, P.O. BOX 871, ALBANY, NY 12201**